■ LOUIS L. BASSETT et al., Appellants, v BANDO SANGSA COMPANY, LTD., et al., Respondents.—Order, Supreme Court, New York County (Elliott Wilk, J.), entered on or about June 11, 1987, unanimously affirmed for the reasons stated by Wilk, J. Respondents shall recover of appellants $75 costs and

disbursements of this appeal. Concur—Sandler, J. P., Asch, Milonas and Kassal, JJ.